IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CARL DANIEL JACKSON,
ADC #098003                                                                 PLAINTIFF

V.                    CASE NO. 2:19-CV-80-JM-BD

LUNDY, *et al*.                                                             DEFENDANTS

## RECOMMENDED DISPOSITION

**I.      Procedure for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge James M. Moody Jr. Mr. Jackson may file written objections with the Clerk of Court if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If Mr. Jackson does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.

**II.     Discussion**

Carl Daniel Jackson, an Arkansas Department of Correction inmate, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) His complaint is more than 100 pages long; and he names thirteen individuals as Defendants.

Mr. Jackson complains about events that took place in May 2017, February 2019, March 2019, and April 2019. He claims that Defendants sexually harassed him, retaliated

against him, failed to protect him, subjected him to excessive force, and acted with deliberate indifference to his serious medical needs.

On July 15, 2019, the Court notified Mr. Jackson that he could not proceed on unrelated claims in this one lawsuit. (#4) Accordingly, the Court gave him 30 days to file an amended complaint that included only related claims; that is, claims arising from the same incident or circumstance. Mr. Jackson was specifically cautioned that his failure to comply with the Court's July 15, 2019 Order could result in the dismissal of some, or all, of his claims, without prejudice. Local Rule 5.5. To date, Mr. Jackson has failed to file an amended complaint and the time to do so has passed.

### III.  Conclusion

The Court recommends that Mr. Jackson's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's July 15, 2019 order and his failure to prosecute this lawsuit.

DATED this 19th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE