IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CARL DANIEL JACKSON,
ADC #098003                                                                                          PLAINTIFF

V.                             CASE NO. 2:19-CV-80-JM-BD

LUNDY, *et al*.                                                                                    DEFENDANTS

## ORDER

The Court has received a Recommended Disposition (Recommendation) from Magistrate Judge Beth Deere. Mr. Jackson has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Jackson's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's July 15, 2019 Order and his failure to prosecute this lawsuit. The Clerk is instructed to close this case.

IT IS SO ORDERED this 4th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE