IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CARL DANIEL JACKSON,
ADC #098003                                                                                          PLAINTIFF

V.                            CASE NO. 2:19-CV-80-JM-BD

LUNDY, *et al.*                                                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 4th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE